# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Jeffrey L. McCarty and Janet L. McCarty**
   Debtors

Case No.:  12–50686–JSD

Judge:   John S. Dalis

Chapter:   13

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

1)    Notice is hereby given that a hearing to consider the **Motion for Relief from Stay** filed June 17, 2013, by **eCAST Settlement Corporation** will be held on:

July 23, 2013 , at 01:00 PM
U. S. Courtroom, 3rd Floor, Federal Building, Carswell Street, Waycross, GA

2)    ***Within seven (7) days after the date of this notice, the movant/movant's attorney is directed to serve a copy of the motion, together with a copy of this notice, on the trustee, debtor, debtor's attorney, U.S. Trustee (except in Chapter 13 cases) and on those persons specified by the Bankruptcy Rules. A certificate of service shall be filed with the Court immediately thereafter.***

*Lucinda B. Rauback, CLERK*
United States Bankruptcy Court
PO Box 8347
Savannah, GA 31412

Dated **June 17, 2013**

## ORDER

    Pursuant to 11 U.S.C. Section 362(e), the automatic stay under 11 U.S.C. §362 is hereby continued and shall remain in full force and effect pending the final ruling on the motion, unless movant files an objection to any such extension prior to service of the motion.



John S. Dalis
United States Bankruptcy Judge
PO Box 8347
Savannah, GA 31412

Dated **June 17, 2013**

*B–35 (Rev. 06/12)* **JM**