UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| IN RE:<br><br>JEFFREY L. MCCARTY<br>JANET L. MCCARTY,<br><br>　　DEBTORS | CASE NO: 12-50686-JSD |
| ECAST SETTLEMENT CORPORATION,<br>　　MOVANT,<br><br>v.<br>JEFFREY L. MCCARTY<br>JANET L. MCCARTY,<br>DEBTORS<br>M. ELAINA MASSEY, TRUSTEE<br><br>　　RESPONDENTS, | JUDGE: John S. Dalis<br><br>CHAPTER: 13 |

**CERTIFICATE OF SERVICE**

　　I, Jayne Parks, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age; that on the 21st day of June, 2013, I served on the persons listed below a copy of the within MOTION FOR RELIEF FROM AUTOMATIC STAY and NOTICE OF HEARING by electronic service or by regular mail, with appropriate postage affixed, at

| Jeffrey L. McCarty<br>Janet L. McCarty<br>311 Walker Road<br>Waycross, GA 31503 | Edward F. Smith<br>Law Office of Edward F. Smith<br>P.O. Box 792<br>Waycross, GA 31502 | M. Elaina Massey<br>P.O. Box 1717<br>Brunswick, GA 31521 |
|---|---|---|

This 21st day of June, 2013.

　　　　　　　　　　　　　　　　　　　s/ Jayne Parks
　　　　　　　　　　　　　　　　　　　Jayne Parks
　　　　　　　　　　　　　　　　　　　Brock & Scott, PLLC
　　　　　　　　　　　　　　　　　　　5121 Parkway Plaza Drive, Suite 300
　　　　　　　　　　　　　　　　　　　Charlotte, NC 28217